Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

UST-31, 3-03

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| REDDOCH, MICHAEL D REDDOCH, BERNICE B. | ) ) ) ) | CASE NO. 08-14240-PHX-RT |
| Debtor(s) | ) ) ) ) | PETITION TO PAY DIVIDEND IN AMOUNT LESS THAN $5.00 TO THE CLERK OF THE U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 9 | BANNER HEALTH<br>PATIENT FINANCIAL SERVICES<br>P.O. BOX 2978<br>PHOENIX, AZ 85062 | $4.02 |

Date: September 29, 2010        /s/ Lothar Goernitz
                                Lothar Goernitz, Trustee

Case 2:08-bk-14240-RTB   Doc 33   Filed 09/29/10   Entered 09/29/10 13:25:20   Desc
Main Document    Page 1 of 1